FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 17 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GUSTAVO TUDON                                                                    PLAINTIFF

vs.                       No. 4.17cv243-JLH

ABF FREIGHT SYSTEM, INC.,
RAYMOND SCOTT; LUCKY POLAR BEAR
TRUCKING, INC.; LUCKY POLAR BEAR, INC.;
and JOSE GUARDADO.                                                              DEFENDANTS

This case assigned to District Judge _____Holmes_____
and to Magistrate Judge _____Deere_____

## COMPLAINT

Comes now the Plaintiff, Gustavo Tudon, by and through his attorneys, The Brad Hendricks Law Firm, and for his Complaint against the defendants, states:

### PARTIES

1. Gustavo Tudon was at the time of the incident set forth herein a resident of Memphis, Tennessee. He is currently a resident of Texas.

2. Defendant, ABF Freight System, Inc. ("ABF") is an Arkansas Corporation with its headquarters and principal place of business in Fort Smith, Arkansas. The agent for service for ABF according to the Arkansas Secretary of State is Corporation Service Company, 300 S. Spring Street, Suite 900, Little Rock, AR 72201. Defendant Raymond Scott was at all times relevant hereto a resident of Cape Girardeau, Missouri and was at all times herein an employee or agent of ABF acting in the course and scope of said employment or agency.

3 Defendant Lucky Polar Bear, Inc., is a California corporation with its headquarters and principal place of business at 8554 Guess Street in Rosemead, CA. Lucky Polar Bear, Inc., is believed to be the successor to Lucky Polar Bear Trucking, Inc., which was a California corporation also with its headquarters and principal place of business located at 8554 Guess Street in Rosemead

California, although it is currently dissolved. It is alleged upon information and belief that Lucky Polar Bear, Inc., is the successor in interest to Lucky Polar Bear Trucking Inc., taking on its assets and liabilities. Henceforth the two corporations will be referred to a "Lucky Polar Bear." Jose Guardado is and was at all times relevant hereto California and an employee or agent of Lucky Polar Bear Trucking, Inc, and/or therefore its successor, Lucky Polar Bear, Inc., and was acting within the course and scope of said employment.

4. The agent for service for Lucky Polar Bear, Inc., according to the California Secretary of State is Xingang He, 8554 Guess Street, Rosemead, CA 91770.

5. The agent for service for Lucky Polar Bear Trucking, Inc., according to the California Secretary of State is Quixia Liang, 8554 Guess Street, Rosemead, CA 91770

6. The subject matter of this action concerns tortious injury occurring on Interstate 40 in Lonoke County, Arkansas.

## JURISDICTION AND VENUE

7. Based upon the allegations in Paragraphs 1 through 6 of this Complaint, complete diversity of citizenship exists between Plaintiff and all of the Defendants. The unliquidated damages sought by Plaintiff in this case exceed $75,000.00. Therefore, jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a). Further, this Court retains supplemental jurisdiction over any other incidental and supplemental claims pursuant to 28 U.S.C. § 1367. Based on the accident occurring in Lonoke County, Arkansas, venue is also proper in this Court pursuant to 28 U.S.C. § 1391(b)(2).

## FACTS AND CAUSES OF ACTION

8. On May 15, 2014, Gustavo Tudon was a operating his motor vehicle on Interstate 40

westbound in the number one lane (right) approximately near the 168 mile marker when he suffered a flat to his right rear tire. Plaintiff slowed to a safe speed under the circumstances until he could exit the interstate. At the same time, Defendant Scott, who was some distance behind the Plaintiff's vehicle, negligently failed to recognize that it had slowed and struck the Plaintiff's vehicle from the rear. Defendant Guardado was in the number two lane attempting to pass the Plaintiff when the Plaintiff's vehicle was struck by Scott, causing Plaintiff's vehicle to hit the Guardado vehicle before it then went off the road. As a result of the collisions, Plaintiff suffered significant personal injury.

9. Defendants Scott and Guardado, acting at all times in the course and scope of his employment with their respective employers as set forth herein, in causing the above-described collision, were negligent including, but not limited to, the following respects:

    (a)    failing to maintain control;

    (b)    failing to keep a proper lookout;

    ©    operating at a greater speed than necessary under the conditions; and

    (d)    otherwise failing to exercise reasonable care and to obey the rules of the road applicable to operators of motor vehicles, including tractor-trailers.

**DAMAGES**

10. As a proximate result of the negligence of the defendants, Gustavo Tudon has sustained the following injuries and damages:

    (a)    permanent injury;

    (b)    pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future;

    (c)    medical expenses incurred in the past and reasonably certain to be incurred in the future, including the expense of caretakers;

    (d)    lost wages, including the loss of ability to earn in the future; and

    (e)    scarring and disfigurement.

11. Gustavo Tudon demands a trial by jury and that he be awarded as sum in excess of the minimum amount for federal diversity jurisdiction ($75,000), jointly and severally.

WHEREFORE, Gustavo Tudon prays upon trial of this matter that she be awarded judgment against the defendants, jointly and severally in an amount which will reasonably and sufficiently compensate him for all injuries sustained as a result of the collision in an amount in excess of the minimum amount for federal diversity jurisdiction; furthermore, he demands a trial by jury, together with all other relief to which he may be entitled under Arkansas Law.

PLAINTIFF DEMANDS A TRIAL BY JURY.

    Respectfully submitted,

    **The Brad Hendricks Law Firm**
    500 C Pleasant Valley Dr.
    Little Rock, AR 72227
    (501) 221-0444

    BY: _____
    Christopher R. Heil  (ABN 92128)