IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GUSTAVO TUDON                                              PLAINTIFF

VS.                    NO. 4:17CV00243-JLH

ABF FREIGHT SYSTEM, INC., et al.                    DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal signed by counsel of record for all parties, it is hereby ORDERED that the Complaint of plaintiff, including any and all claims that were or that could have been raised therein against any party, person or entity, shall be, and it is hereby, dismissed with prejudice, each party to bear its own costs and fees.

SO ORDERED this the 2nd day of January 2019

_____
United States District Judge

APPROVED AS TO FORM:

Ignacio G. Martinez
LAW OFFICES OF IGNACIO G. MARTINEZ
1205 Expressway
Brownsville, TX 78520

1759589-v1

THE BRAD HENDRICKS LAW FIRM
500 C Pleasant Valley drive
Little Rock, AR   72227
E-MAIL: cheil@bradhendricks.com
(501) 221-0444

By: _____
Christopher R. Heil (92128)
Attorneys for Plaintiff


WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
EMAIL: gjones@wlj.com

By: _____
Gregory T. Jones (83097)
Attorneys for Defendants